# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>v.<br><br>CAROLYN BILBREW,<br><br>    Defendant. | Case No. 3:07-cv-00037-DPJ-JCS |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the nine sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred and Fifty Dollars ($6,750.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Five Hundred Fifty Dollars ($550.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "That Other Woman," on album "Visit Me," by artist "Changing Faces" (SR# 311-800);

- "Aunt Dot," on album "The Notorious K.I.M.," by artist "Lil' Kim" (SR# 286-624);
- "Go Your Own Way," on album "Rumours," by artist "Fleetwood Mac" (SR# N39857);
- "Jam Tonight," on album "Just Like The First Time," by artist "Freddie Jackson" (SR# 81-370);
- "My First Love," on album "My Thoughts," by artist "Avant" (SR# 281-220);
- "Missing You," on album "Share My World," by artist "Mary J. Blige" (SR# 238-818);
- "Slow Dance," on album "Don't Hold Back," by artist "Public Announcement" (SR# 290-826);
- "Rain," on album "Release Some Tension," by artist "SWV" (SR# 249-300);
- "Take It to da House," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**SO ORDERED AND ADJUDGED** this the 19th day of June, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

Submitted by:

| |
|---|
| s/ Heather White Martin |
| Heather White Martin (M.B. No. 101601)<br>Balch & Bingham L.L.P.<br>401 East Capitol Street, Suite 200<br>Jackson, Mississippi 39201-2608<br>Phone:  (601) 965-8174<br>Fax:  (866) 883-6419<br><br>ATTORNEYS FOR PLAINTIFFS |